UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMASA MARTINEZ GARCIA, as
Personal Representative for the
ESTATE OF FRANCISCO JAVIER MENDEZ
MARTINEZ, Deceased,

        Plaintiff,

vs.

YANKEE SPRINGS DAIRY, INC.,
A Michigan Corporation, and
PAUL JAY LETTINGA,
Jointly and Severally.

        Defendants.

Case No. 1:11-cv-1010

HON. Gordon J. Quist

| Robert B. Sickels (P32992) | Michael D. Ward (P43632) |
| Andrija Dragovic (P67807) | James A. Crocker (P74119) |
| SOMMERS SCHWARTZ, P.C. | Ward Law, PC |
| Attorneys for Plaintiff | Attorneys for Defendants |
| One Towne Square, Suite 1700 | 120 Ionia Avenue, S.W., Suite 00 |
| Southfield, MI 48076 | Grand Rapids, MI 49503 |
| | (616) 551-0379 |

## NOTICE OF SETTLEMENT

NOW COME the Defendants, Yankee Springs Dairy, Inc., and Paul Jay Lettinga, by and through their attorneys, Ward Law, P.C., and state as follows:

1. The parties reached a settlement in the above captioned litigation and are in the process of preparing settlement documentation to be submitted to the Court.

Dated: 3/3/15

        Ward Law
        Attorneys for Defendant
        By: _____
        Michael D. Ward (P43632)
        James A. Crocker (P74119)
        120 Ionia Avenue, S.W., Suite 500
        Grand Rapids, MI 49503
        Telephone: (616) 551-0379